UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LOGMET, LLC | )<br>)<br>) No. 21-1273<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|                 Petitioners, | |
| vs. | |
| NATIONAL LABOR RELATIONS BOARD, | |
|                 Respondent. | |

## **PETITIONER'S STATEMENT OF ISSUES TO BE RAISED**

Pursuant to the Court's Order of December 30, 2021, Petitioner Logmet, LLC ("Petitioner") in Case No. 21-1273 hereby identifies the issue to be raised:

1. Whether the National Labor Relations Board erred in ordering that Logmet is to remit payments it allegedly owes to the Taft Hartley Trust Funds or "employee benefit funds."

Dated: January 31, 2022

                                            Respectfully submitted,

                                            /s/ Howard E. Cole
                                            Howard E. Cole
                                            Lewis Roca Rothgerber Christie LLP
                                            3993 Howard Hughes Parkway
                                            Suite 600
                                            Las Vegas, NV  89169
                                            Telephone:  (702) 949-8315
                                            Facsimile:   (702) 216-6175
                                            Email: hcole@lewisroca.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, I electronically filed the foregoing **PETITIONER'S STATEMENT OF ISSUES TO BE RAISED** with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system.

I hereby certify that all the following participants in this case are registered CM/ECF users and will be served by the CM/ECF system.:

Counsel for Local Union No. 780, Motion Picture and Video Laboratory Technicians, Allied Crafts and Govt Employees, IATSE:

Heidi B. Parker, Esq.
Richard Siwica, Esq.
Egan, Lev, Lindstrom & Siwica, P.A.
P O Box 2231
Orlando, FL 32802-2231
*hparker@eganlev.com*
*rsiwica@eganlev.com*

Counsel for the General Counsel of the National Labor Relations Board:

Zuzana Murarova, Esq.
Region 9, National Labor Relations Board
Room 3-111, John Weld Peck Federal Building
550 Main Street
Cincinnati, OH 45202-3271
*zuzana.murarova@nlrb.gov*

Ruth E. Burdick, Esq.
Acting Deputy Associate General Counsel
Appellate and Supreme Court Litigation Branch
National Labor Relations Board
1015 Half Street SE
Washington, DC 20750
*ruth.burdick@nlrb.gov*

Kira Dellinger Vol
1015 Half Street SE
Washington, DC  20750
*kira.vol@nlrb.gov*

Micah P.S. Jost
1015 Half Street SE
Washington, DC  20750
*micah.jost@nlrb.gov*

January 31, 2022 /s/ Howard E. Cole
Howard E. Cole